Certificate Number: 05781-NJ-DE-036511858

Bankruptcy Case Number: 22-13181



05781-NJ-DE-036511858

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 29, 2022, at 11:14 o'clock AM PDT, Katherine Latief completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   April 29, 2022                          By:      /s/Allison M Geving

Name:   Allison M Geving

Title:   President