Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                              Case No.:  22−13181−CMG
                              Chapter:  13
                              Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Hasan Latief Sr                                           Katherine E. Latief
   593−3 Auten Road                                  593−3 Auten Road
   Hillsborough, NJ 08844                       Hillsborough, NJ 08844

Social Security No.:
   xxx−xx−3393                                            xxx−xx−1174

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                6/15/22
Time:              10:00 AM
Location:         Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

       An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

       **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: April 28, 2022
JAN: mjb

                                                            Jeanne Naughton
                                                            Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Hasan Latief, Sr  
Katherine E. Latief  
    Debtors

Case No. 22-13181-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Apr 28, 2022     Form ID: 132     Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Hasan Latief, Sr, Katherine E. Latief, 593-3 Auten Road, Hillsborough, NJ 08844-5049 |
| 519560767 | | Certified Credit & Collection, PWJUN EMS, P.O. Box 1750, Raritan, NJ 08869 |
| 519560771 | + | Fb&t/credshp, Po Box 1532, Austin, TX 78767-1532 |
| 519560780 | + | Syncb/Verizon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519560786 | + | Toyota Motor Credit, Attn: Bankruptcy, P.O. Box 259001, Plano, TX 75025-9001 |
| 519560788 | + | Wells Fargo Bank NA, Attn: Wells Fargo Bankruptcy, 435 Ford Road, Suite 300, Saint Lewis Park, MN 55426-4938 |
| 519560775 | + | loanDepot, Attn: Bankruptcy, Po Box 250009, Plano, TX 75025-0009 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 28 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 28 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519560762 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 28 2022 20:40:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 519560763 | + | Email/PDF: bncnotices@becket-lee.com | Apr 28 2022 20:43:26 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519560764 | + | Email/PDF: bncnotices@becket-lee.com | Apr 28 2022 20:43:26 | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519560765 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 28 2022 20:40:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519560766 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 28 2022 20:43:23 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519560769 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 28 2022 20:43:18 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519560770 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 28 2022 20:42:58 | Cws/cw Nexus, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519560776 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2022 20:53:39 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 519560772 | | Email/Text: FMClaims@Firstmarkservices.com | Apr 28 2022 20:40:21 | Fm/citizens, 121 South 13th Street, Lincoln, NE 68508 |
| 519560773 | | Email/Text: bk@freedomfinancialnetwork.com | Apr 28 2022 20:40:00 | Freedom Plus, Attn: Bankruptcy, Po Box 2340, Phoenix, AZ 85002 |
| 519560768 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 28 2022 20:42:52 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |

| | | | | |
|---|---|---|---|---|
| 519560774 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 28 2022 20:40:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519560777 | + | Email/Text: Mercury@ebn.phinsolutions.com | Apr 28 2022 20:40:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 519560778 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 28 2022 20:41:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519560779 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 20:43:24 | Syncb/ebay, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519561702 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 20:43:10 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519560781 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 20:43:24 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519560782 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 20:43:01 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519560783 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 20:43:18 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519560784 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 20:43:16 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519560785 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 28 2022 20:40:00 | Tbom/Atls/Aspire, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 519560787 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 28 2022 20:40:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 30, 2022         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 28, 2022 | Form ID: 132 | Total Noticed: 31 |

bkgroup@kmllawgroup.com

Robert C. Nisenson

on behalf of Debtor Hasan Latief  Sr r.nisenson@rcn-law.com, doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

Robert C. Nisenson

on behalf of Joint Debtor Katherine E. Latief r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5