UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                      Bankr. Case No. 22-13181-CMG

Hasan Latief, Sr and Katherine E. Latief                                    Chapter 13
     Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By  /s/  Mandy Youngblood

        Mandy Youngblood
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                    Bankr. Case No. 22-13181-CMG

Hasan Latief, Sr and Katherine E. Latief                                                Chapter 13
    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on May 2, 2022 :

Robert C. Nisenson                          Albert Russo
10 Auer Court                               CN 4853
Suite E                                     Trenton, NJ 08650
East Brunswick, NJ 08816

By  /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx58424 / 1055766