Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−13181−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Hasan Latief Sr | Katherine E. Latief |
| 593−3 Auten Road | 593−3 Auten Road |
| Hillsborough, NJ 08844 | Hillsborough, NJ 08844 |

Social Security No.:
  xxx−xx−3393                              xxx−xx−1174

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 26, 2022.

Dated: July 26, 2022
JAN: dmi

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-13181-CMG
Hasan Latief, Sr  Chapter 13
Katherine E. Latief
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 4
Date Rcvd: Jul 26, 2022    Form ID: plncf13    Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Hasan Latief, Sr, Katherine E. Latief, 593-3 Auten Road, Hillsborough, NJ 08844-5049 |
| cr | + | Toyota Motor Credit Corporation, PO Box 340514, Tampa, FL 33694-0514 |
| 519560767 | | Certified Credit & Collection, PWJUN EMS, P.O. Box 1750, Raritan, NJ 08869 |
| 519560771 | + | Fb&t/credshp, Po Box 1532, Austin, TX 78767-1532 |
| 519585497 | + | First Portfolio Ventures I, Llc, 3091 Governors Lake Drive Suite 500, Peachtree Corners, GA 30071-1135 |
| 519560780 | + | Syncb/Verizon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519560775 | + | loanDepot, Attn: Bankruptcy, Po Box 250009, Plano, TX 75025-0009 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 26 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 26 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519574826 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 26 2022 20:41:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 519560762 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 26 2022 20:41:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 519623218 | | Email/PDF: bncnotices@becket-lee.com | Jul 26 2022 20:49:10 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519560763 | + | Email/PDF: bncnotices@becket-lee.com | Jul 26 2022 20:49:20 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519560764 | + | Email/PDF: bncnotices@becket-lee.com | Jul 26 2022 20:49:52 | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519560765 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 26 2022 20:41:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519579434 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 26 2022 20:41:00 | Citizens One Auto Finance, One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 519560766 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 26 2022 20:49:10 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519586101 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 26 2022 20:49:26 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519560769 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 26 2022 20:49:19 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519560770 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 26 2022 20:49:51 | Cws/cw Nexus, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |

Case 22-13181-CMG    Doc 31    Filed 07/28/22    Entered 07/29/22 00:12:09    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 26, 2022 | Form ID: plncf13 | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| 519560776 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jul 26 2022 20:49:42 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 519633594 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Jul 26 2022 20:42:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519560772 | | Email/Text: FMClaims@Firstmarkservices.com | | |
| | | | Jul 26 2022 20:41:08 | Fm/citizens, 121 South 13th Street, Lincoln, NE 68508 |
| 519560773 | | Email/Text: bk@freedomfinancialnetwork.com | | |
| | | | Jul 26 2022 20:41:00 | Freedom Plus, Attn: Bankruptcy, Po Box 2340, Phoenix, AZ 85002 |
| 519560768 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Jul 26 2022 20:49:49 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519624286 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Jul 26 2022 20:41:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519560774 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Jul 26 2022 20:41:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519633678 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jul 26 2022 20:49:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519576789 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Jul 26 2022 20:49:32 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519560777 | + | Email/Text: Mercury@ebn.phinsolutions.com | | |
| | | | Jul 26 2022 20:41:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 519644773 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jul 26 2022 20:49:19 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519644928 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jul 26 2022 20:49:53 | Portfolio Recovery Associates, LLC, c/o Rci, POB 41067, Norfolk VA 23541 |
| 519647924 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jul 26 2022 20:49:19 | Portfolio Recovery Associates, LLC, c/o The Bank Of Missouri, POB 41067, Norfolk VA 23541 |
| 519643163 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Jul 26 2022 20:42:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 519560778 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Jul 26 2022 20:42:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519572696 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Jul 26 2022 20:42:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519560779 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jul 26 2022 20:49:15 | Syncb/ebay, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519646243 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jul 26 2022 20:49:51 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519561702 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jul 26 2022 20:49:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519560781 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jul 26 2022 20:49:36 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519560782 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jul 26 2022 20:49:16 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519560783 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jul 26 2022 20:49:51 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519560784 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jul 26 2022 20:49:13 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| | | | | |
|---|---|---|---|---|
| 519560785 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 26 2022 20:41:00 | Tbom/Atls/Aspire, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 519574971 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 26 2022 20:41:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519560786 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 26 2022 20:41:00 | Toyota Motor Credit, Attn: Bankruptcy, P.O. Box 259001, Plano, TX 75025-9001 |
| 519560787 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 26 2022 20:42:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 519560788 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 26 2022 20:49:26 | Wells Fargo Bank NA, Attn: Wells Fargo Bankruptcy, 435 Ford Road, Suite 300, Saint Lewis Park, MN 55426-4938 |
| 519579477 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jul 26 2022 20:49:26 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519623219 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| Robert C. Nisenson | on behalf of Debtor Hasan Latief Sr r.nisenson@rcn-law.com, doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 26, 2022 | Form ID: plncf13 | Total Noticed: 49 |

Robert C. Nisenson	on behalf of Joint Debtor Katherine E. Latief r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

U.S. Trustee	USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7