B 2100A Form (2100A) (12/15)

# United States Bankruptcy Court

DISTRICT OF NEW JERSEY

In Re:                                                                                    Case No.  2213181
HASAN LATIEF

KATHERINE E LATIEF

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives
evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim
referenced in this evidence and notice.

PRA Receivables Management, LLC., as agent of
Portfolio Recovery Associates, LLC                        Synchrony Bank
-------------------------------------------                        -------------------------------------------
Name of Transferee                                                Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): 25
should be sent:                                                    Amount of Claim: $2,257.22
Portfolio Recovery Associates, LLC                        Date Claim Filed: 06/24/2022
POB 41067
Norfolk, VA 23541

Phone: (877)829-8298                                          Phone:
Last Four Digits of Acct #:  9281                          Last Four Digits of Acct #: 9281

Name and Address where transferee payments            Seller Information
should be sent (if different from above)                 SYNCHRONY BANK
Portfolio Recovery Associates, LLC                        4500 MUNSON STREET
POB 12914                                                          CANTON OH 44718
Norfolk, VA 23541

Phone: (877)829-8298
Last Four Digits of Acct #: 9281

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my
knowledge and belief.

By: /s/ Deborah S. Calvert                                     Date: 11/16/2022
     -------------------------------------------
     Transferee/Transferee's Agent
Email: Bankruptcy_Info@prareceivables.com

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571



4500 Munson St NW
Canton OH 44718, U.S.

# BILL of SALE

## PRA (SBBLPBKS) – PLCC PPC CH13 Control BULK – September 2022

███████████████████████████

For value received and in further consideration of the mutual covenants and conditions set forth in the Accounts Purchase Agreement (the "Agreement"), dated as of this 16th day of September, 2022, by and between Synchrony Bank formerly known as GE Capital Retail Bank, RFS Holding, L.L.C., Synchrony Card Funding, LLC and Retail Finance Credit Services, LLC., (collectively, "Seller") and Portfolio Recovery Associates, LLC ("Buyer"), Seller hereby transfers, sells, conveys, grants, and delivers to Buyer, its successors and assigns, without recourse except as set forth in the Agreement, to the extent of its ownership, the Accounts as set forth in the Notification File (as defined in the Agreement), delivered by Seller to Buyer on or about 21st day of September 2022, and as further described in the Agreement.

Synchrony Bank

By: *Lynne Fisher*
    Lynne Fisher (Sep 29, 2022 17:15 EDT)
Lynne Fisher
Title: SVP Recovery Operations

RFS Holding LLC

By: *Lynne Fisher*
    Lynne Fisher (Sep 29, 2022 17:15 EDT)
Lynne Fisher
Title: Duly Authorized Signatory

Synchrony Card Funding, LLC

By: *Lynne Fisher*
    Lynne Fisher (Sep 29, 2022 17:15 EDT)
Lynne Fisher
Title: Duly Authorized Signatory

Retail Finance Credit Services, LLC

By: *Lynne Fisher*
    Lynne Fisher (Sep 29, 2022 17:15 EDT)
Lynne Fisher
Title: Vice President