Office Mailing Address:

Albert Russo, Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:

Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 22-13181 / CMG**

Hasan Latief, Sr
Katherine E. Latief

Petition Filed Date: 04/19/2022
341 Hearing Date: 05/26/2022
Confirmation Date: 07/20/2022

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/11/2022 | $200.00 | 84613020 | 06/06/2022 | $200.00 | 85064150 | 07/05/2022 | $200.00 | 85642880 |
| 08/02/2022 | $443.00 | 86206850 | 09/09/2022 | $443.00 | | 10/11/2022 | $443.00 | |
| 11/08/2022 | $443.00 | | 12/09/2022 | $443.00 | | 01/11/2023 | $443.00 | |
| 02/08/2023 | $443.00 | | 03/08/2023 | $443.00 | | | | |

**Total Receipts for the Period: $4,144.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $4,144.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Hasan Latief, Sr | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Robert C. Nisenson, Esq.<br>»» AMENDED DISCLOSURE 4/22/22 | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»» P/593 AUTEN RD UNIT 3/1ST MTG/ORDER 8/2/22 | Mortgage Arrears | $492.77 | $492.77 | $0.00 |
| 2 | TOYOTA MOTOR CREDIT CORP<br>»» LEASE/2019 TOYOTA HIGHLANDER/SV 6/15/2 | Debt Secured by Vehicle<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 3 | MERRICK BANK | Unsecured Creditors | $954.32 | $0.00 | $954.32 |
| 4 | CITIZENS BANK, N.A. | Unsecured Creditors | $8,565.99 | $0.00 | $8,565.99 |
| 5 | WELLS FARGO BANK, NA | Unsecured Creditors | $4,388.60 | $0.00 | $4,388.60 |
| 6 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»» 2020 CHEVROLET EQUINOX | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 7 | FIRST PORTFOLIO VENTURES I, LLC<br>»» FIRST BANK AND TRUST | Unsecured Creditors | $1,225.80 | $0.00 | $1,225.80 |
| 8 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $4,662.23 | $0.00 | $4,662.23 |
| 9 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $4,611.76 | $0.00 | $4,611.76 |
| 10 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,693.41 | $0.00 | $2,693.41 |
| 11 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $11,460.85 | $0.00 | $11,460.85 |
| 12 | AMERICAN EXPRESS | Unsecured Creditors | $1,092.11 | $0.00 | $1,092.11 |
| 13 | AMERICAN EXPRESS | Unsecured Creditors | $17,909.62 | $0.00 | $17,909.62 |
| 14 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $10,362.89 | $0.00 | $10,362.89 |
| 15 | DEPARTMENT STORE NATIONAL BANK<br>»» MACY'S CC | Unsecured Creditors | $1,168.81 | $0.00 | $1,168.81 |

**Chapter 13 Case No. 22-13181 / CMG**

| 16 | DEPARTMENT STORE NATIONAL BANK<br>»» MACY'S AMERICAN EXPRESS | Unsecured Creditors | $5,220.11 | $0.00 | $5,220.11 |
|---|---|---|---|---|---|
| 17 | LVNV FUNDING LLC<br>»» SHERMAN ORIGINATOR LLC | Unsecured Creditors | $326.15 | $0.00 | $326.15 |
| 18 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» MERCURY MC | Unsecured Creditors | $3,275.19 | $0.00 | $3,275.19 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS BANK DELAWARE | Unsecured Creditors | $587.35 | $0.00 | $587.35 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS/RCI | Unsecured Creditors | $1,325.40 | $0.00 | $1,325.40 |
| 21 | SYNCHRONY BANK<br>»» AMAZON STORE CARD | Unsecured Creditors | $4,129.35 | $0.00 | $4,129.35 |
| 22 | SYNCHRONY BANK<br>»» PC RICHARD | Unsecured Creditors | $525.33 | $0.00 | $525.33 |
| 23 | SYNCHRONY BANK<br>»» EBAY MC | Unsecured Creditors | $1,631.38 | $0.00 | $1,631.38 |
| 24 | SYNCHRONY BANK<br>»» VERIZON VISA CARD | Unsecured Creditors | $1,600.03 | $0.00 | $1,600.03 |
| 25 | PORTFOLIO RECOVERY ASSOCIATES<br>»» PAYPAL CREDIT/SYNCHRONY | Unsecured Creditors | $2,257.22 | $0.00 | $2,257.22 |
| 26 | SYNCHRONY BANK<br>»» LOWES CC | Unsecured Creditors | $17,033.97 | $0.00 | $17,033.97 |
| 27 | SYNCHRONY BANK<br>»» AMAZON STORE CARD | Unsecured Creditors | $690.49 | $0.00 | $690.49 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES<br>»» THE BANK OF MISSOURI | Unsecured Creditors | $1,644.78 | $0.00 | $1,644.78 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES<br>»» PAYPAL CREDIT/SYNCHRONY | Unsecured Creditors | $5,296.53 | $0.00 | $5,296.53 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,144.00 | Plan Balance: | $21,707.00 ** |
| Paid to Claims: | $2,992.77 | Current Monthly Payment: | $443.00 |
| Paid to Trustee: | $316.22 | Arrearages: | $0.00 |
| Funds on Hand: | $835.01 | Total Plan Base: | $25,851.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.