B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In re  HASAN LATIEF and KATHERINE E LATIEF  ,                    Case No.   3-22-BK-13181

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_LVNV Funding LLC_                                    SYNCHRONY BANK C/O PRA RECEIVABLES MANAGEMENT, LLC
Name of Transferee                                   Name of Transferor

Name and Address where notices to transferee        Court Claim # (if known): _____21_____
should be sent:  LVNV Funding LLC                    Amount of Claim: _____4,129.35_____
                 PO Box 10587                        Date Claim Filed: _____6/24/2022_____
                 Greenville SC 29603

Phone:  (877) 264-5884                               Phone: _____
Last Four Digits of Acct #: _____2779_____        Last Four Digits of Acct. #: ____2779____

Name and Address where transferee payments
should be sent (if different from above):
                 Resurgent Capital Services
                 PO Box 10587
                 Greenville, SC  29603
Phone:  (877) 264-5884
Last Four Digits of Acct #:_____2779_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Helga Ridgeway                              Date: 5/11/2023
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.