B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In re  HASAN LATIEF and KATHERINE E LATIEF  ,                    Case No.  3-22-BK-13181

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| LVNV Funding LLC | SYNCHRONY BANK C/O PRA RECEIVABLES MANAGEMENT, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent: LVNV Funding LLC
　　　　PO Box 10587
　　　　Greenville SC 29603

Court Claim # (if known):  27
Amount of Claim:  690.49
Date Claim Filed:  6/24/2022

Phone:  (877) 264-5884
Last Four Digits of Acct #:  5554

Phone:
Last Four Digits of Acct. #:  5554

Name and Address where transferee payments should be sent (if different from above):
　　　　Resurgent Capital Services
　　　　PO Box 10587
　　　　Greenville, SC  29603
Phone:  (877) 264-5884
Last Four Digits of Acct #: 5554

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Helga Ridgeway                           Date:  5/11/2023
　　　Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.