Office Mailing Address:
Albert Russo, Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 22-13181 / CMG**

Hasan Latief, Sr
Katherine E. Latief

Petition Filed Date: 04/19/2022
341 Hearing Date: 05/26/2022
Confirmation Date: 07/20/2022

Case Status: Open / Confirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/11/2023 | $443.00 | | 02/08/2023 | $443.00 | | 03/08/2023 | $443.00 | |
| 04/10/2023 | $443.00 | | 05/08/2023 | $443.00 | | 06/09/2023 | $443.00 | |
| 07/10/2023 | $443.00 | | 08/08/2023 | $445.00 | | 09/11/2023 | $443.00 | |
| 10/10/2023 | $443.00 | | 11/08/2023 | $443.00 | | 12/11/2023 | $443.00 | |
| 01/09/2024 | $443.00 | | | | | | | |

**Total Receipts for the Period:  $5,761.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $8,576.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Hasan Latief, Sr | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Robert C. Nisenson, Esq. <br>»» AMENDED DISCLOSURE 4/22/22 | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC <br>»» P/593 AUTEN RD UNIT 3/1ST MTG/ORDER 8/2/22 | Mortgage Arrears | $492.77 | $492.77 | $0.00 |
| 2 | TOYOTA LEASE TRUST <br>»» 2019 TOYOTA HIGHLANDER/DEF BAL | Unsecured Creditors | $1,185.35 | $42.13 | $1,143.22 |
| 3 | MERRICK BANK | Unsecured Creditors | $954.32 | $33.92 | $920.40 |
| 4 | CITIZENS BANK, N.A. | Unsecured Creditors | $8,565.99 | $304.40 | $8,261.59 |
| 5 | WELLS FARGO BANK, NA | Unsecured Creditors | $4,388.60 | $155.95 | $4,232.65 |
| 6 | AMERICREDIT FINANCIAL SERVICES, INC. <br>»» 2020 CHEVROLET EQUINOX | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 7 | FIRST PORTFOLIO VENTURES I, LLC <br>»» FIRST BANK AND TRUST | Unsecured Creditors | $1,225.80 | $34.96 | $1,190.84 |
| 8 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $4,662.23 | $165.67 | $4,496.56 |
| 9 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $4,611.76 | $163.88 | $4,447.88 |
| 10 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,693.41 | $95.72 | $2,597.69 |
| 11 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $11,460.85 | $407.27 | $11,053.58 |
| 12 | AMERICAN EXPRESS | Unsecured Creditors | $1,092.11 | $31.15 | $1,060.96 |
| 13 | AMERICAN EXPRESS | Unsecured Creditors | $17,909.62 | $636.42 | $17,273.20 |
| 14 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $10,362.89 | $368.24 | $9,994.65 |
| 15 | DEPARTMENT STORE NATIONAL BANK <br>»» MACY'S CC | Unsecured Creditors | $1,168.81 | $33.34 | $1,135.47 |

**Chapter 13 Case No. 22-13181 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 16 | DEPARTMENT STORE NATIONAL BANK<br>»» MACY'S AMERICAN EXPRESS | Unsecured Creditors | $5,220.11 | $185.51 | $5,034.60 |
| 17 | LVNV FUNDING LLC<br>»» SHERMAN ORIGINATOR LLC | Unsecured Creditors | $326.15 | $0.00 | $326.15 |
| 18 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» MERCURY MC | Unsecured Creditors | $3,275.19 | $116.39 | $3,158.80 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS BANK DELAWARE | Unsecured Creditors | $587.35 | $16.75 | $570.60 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS/RCI | Unsecured Creditors | $1,325.40 | $37.80 | $1,287.60 |
| 21 | LVNV FUNDING LLC<br>»» AMAZON STORE CARD/SYNCHRONY | Unsecured Creditors | $4,129.35 | $132.25 | $3,997.10 |
| 22 | LVNV FUNDING LLC<br>»» PC RICHARD/SYNCHRONY | Unsecured Creditors | $525.33 | $16.82 | $508.51 |
| 23 | LVNV FUNDING LLC<br>»» EBAY MC/SYNCHRONY | Unsecured Creditors | $1,631.38 | $52.25 | $1,579.13 |
| 24 | LVNV FUNDING LLC<br>»» VERIZON VISA CARD/SYNCHRONY | Unsecured Creditors | $1,600.03 | $51.25 | $1,548.78 |
| 25 | PORTFOLIO RECOVERY ASSOCIATES<br>»» PAYPAL CREDIT/SYNCHRONY | Unsecured Creditors | $2,257.22 | $80.22 | $2,177.00 |
| 26 | LVNV FUNDING LLC<br>»» LOWES CC/SYNCHRONY | Unsecured Creditors | $17,033.97 | $605.31 | $16,428.66 |
| 27 | LVNV FUNDING LLC<br>»» AMAZON STORE CARD/SYNCHRONY | Unsecured Creditors | $690.49 | $17.24 | $673.25 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES<br>»» THE BANK OF MISSOURI | Unsecured Creditors | $1,644.78 | $52.68 | $1,592.10 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES<br>»» PAYPAL CREDIT/SYNCHRONY | Unsecured Creditors | $5,296.53 | $188.22 | $5,108.31 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,576.00 | Plan Balance: | $17,275.00 ** |
| Paid to Claims: | $7,018.51 | Current Monthly Payment: | $443.00 |
| Paid to Trustee: | $654.84 | Arrearages: | ($2.00) |
| Funds on Hand: | $902.65 | Total Plan Base: | $25,851.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or scan this code to get started.**



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**