Office Mailing Address:                                                                                           Send Payments **ONLY** to:
Albert Russo, Trustee                                                                                                  Albert Russo, Trustee
PO Box 4853                                                                                                                      PO Box 933
Trenton, NJ  08650-4853                                                                                        Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 22-13181 / CMG**

Hasan Latief, Sr                                                                Petition Filed Date: 04/19/2022
Katherine E. Latief                                                          341 Hearing Date: 05/26/2022
                                                                                        Confirmation Date: 07/20/2022

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/09/2024 | $443.00 | | 02/08/2024 | $443.00 | | 03/05/2024 | $443.00 | |
| 04/02/2024 | $443.00 | | 05/08/2024 | $443.00 | | 06/07/2024 | $443.00 | |
| 07/09/2024 | $443.00 | | 08/07/2024 | $443.00 | | 09/10/2024 | $443.00 | |
| 10/04/2024 | $443.00 | | 11/08/2024 | $443.00 | | 12/09/2024 | $443.00 | |

**Total Receipts for the Period:  $5,316.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $13,892.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Hasan Latief, Sr | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Robert C. Nisenson, Esq. »» AMENDED DISCLOSURE 4/22/22 | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC »» P/593 AUTEN RD UNIT 3/1ST MTG/ORDER 8/2/22 | Mortgage Arrears | $492.77 | $492.77 | $0.00 |
| 2 | TOYOTA LEASE TRUST »» 2019 TOYOTA HIGHLANDER/DEF BAL | Unsecured Creditors | $1,185.35 | $93.03 | $1,092.32 |
| 3 | MERRICK BANK | Unsecured Creditors | $954.32 | $68.22 | $886.10 |
| 4 | CITIZENS BANK, N.A. | Unsecured Creditors | $8,565.99 | $672.26 | $7,893.73 |
| 5 | WELLS FARGO BANK, NA | Unsecured Creditors | $4,388.60 | $344.42 | $4,044.18 |
| 6 | AMERICREDIT FINANCIAL SERVICES, INC. »» 2020 CHEVROLET EQUINOX | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 7 | FIRST PORTFOLIO VENTURES I, LLC »» FIRST BANK AND TRUST | Unsecured Creditors | $1,225.80 | $87.63 | $1,138.17 |
| 8 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $4,662.23 | $365.89 | $4,296.34 |
| 9 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $4,611.76 | $361.93 | $4,249.83 |
| 10 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,693.41 | $211.38 | $2,482.03 |
| 11 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $11,460.85 | $899.45 | $10,561.40 |
| 12 | AMERICAN EXPRESS | Unsecured Creditors | $1,092.11 | $78.07 | $1,014.04 |
| 13 | AMERICAN EXPRESS | Unsecured Creditors | $17,909.62 | $1,405.55 | $16,504.07 |
| 14 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $10,362.89 | $813.28 | $9,549.61 |
| 15 | DEPARTMENT STORE NATIONAL BANK »» MACY'S CC | Unsecured Creditors | $1,168.81 | $83.55 | $1,085.26 |

**Chapter 13 Case No. 22-13181 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 16 | DEPARTMENT STORE NATIONAL BANK<br>»» MACY'S AMERICAN EXPRESS | Unsecured Creditors | $5,220.11 | $409.68 | $4,810.43 |
| 17 | LVNV FUNDING LLC<br>»» SHERMAN ORIGINATOR LLC | Unsecured Creditors | $326.15 | $15.02 | $311.13 |
| 18 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» MERCURY MC | Unsecured Creditors | $3,275.19 | $257.03 | $3,018.16 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS BANK DELAWARE | Unsecured Creditors | $587.35 | $33.40 | $553.95 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS/RCI | Unsecured Creditors | $1,325.40 | $94.74 | $1,230.66 |
| 21 | LVNV FUNDING LLC<br>»» AMAZON STORE CARD/SYNCHRONY | Unsecured Creditors | $4,129.35 | $324.07 | $3,805.28 |
| 22 | LVNV FUNDING LLC<br>»» PC RICHARD/SYNCHRONY | Unsecured Creditors | $525.33 | $33.71 | $491.62 |
| 23 | LVNV FUNDING LLC<br>»» EBAY MC/SYNCHRONY | Unsecured Creditors | $1,631.38 | $122.32 | $1,509.06 |
| 24 | LVNV FUNDING LLC<br>»» VERIZON VISA CARD/SYNCHRONY | Unsecured Creditors | $1,600.03 | $119.97 | $1,480.06 |
| 25 | PORTFOLIO RECOVERY ASSOCIATES<br>»» PAYPAL CREDIT/SYNCHRONY | Unsecured Creditors | $2,257.22 | $177.15 | $2,080.07 |
| 26 | LVNV FUNDING LLC<br>»» LOWES CC/SYNCHRONY | Unsecured Creditors | $17,033.97 | $1,336.83 | $15,697.14 |
| 27 | LVNV FUNDING LLC<br>»» AMAZON STORE CARD/SYNCHRONY | Unsecured Creditors | $690.49 | $49.36 | $641.13 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES<br>»» THE BANK OF MISSOURI | Unsecured Creditors | $1,644.78 | $123.33 | $1,521.45 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES<br>»» PAYPAL CREDIT/SYNCHRONY | Unsecured Creditors | $5,296.53 | $415.68 | $4,880.85 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,892.00 | Plan Balance: | $11,959.00 ** |
| Paid to Claims: | $11,989.72 | Current Monthly Payment: | $443.00 |
| Paid to Trustee: | $998.60 | Arrearages: | ($2.00) |
| Funds on Hand: | $903.68 | Total Plan Base: | $25,851.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE*!  **Register today at www.ndc.org or**
**scan this code to get started.**



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.